In the Matter of DEANDRE WILLIAMS, Petitioner, v BARBARA G. ZAMBELLI, Respondent. [999 NYS2d 750]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, a Judge of the County Court, Westchester County, to determine the petitioner's motion pursuant to CPL article 440 in an underlying criminal action entitled *People v Williams*, pending in the County Court, Westchester County, under indictment No. 1571/97, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted

to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The petitioner failed to properly serve the order to show cause and petition upon the respondent, Barbara G. Zambelli, and the Attorney General, as required by CPLR 7804 (c). Accordingly, this proceeding must be dismissed (see CPLR 7804; *Matter of Whitnum v Plastic & Reconstructive Surgery, P.C.*, 122 AD3d 870 [2014]). Dillon, J.P., Dickerson, Chambers and Maltese, JJ., concur.